IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AIJALON WALLACE MCLITTLE,      )
                               )
                  Plaintiff,   )      Civil Case No. 03-1187-AS
                               )
       vs.                     )      ORDER
                               )
ERIC DUNCAN, et al.,           )
                               )
                  Defendants.  )

        Aijalon Wallace McLittle, II
        21050-039
        FCI Waseca
        P.O. Box 1731
        Waseca, MN 56093

              Pro Se Plaintiff

        Karin J. Immergut
        United States Attorney
        District of Oregon
        Ronald K. Silver
        Assistant United States Attorney
        1000 S.W. Third Avenue, Suite 600
        Portland, Oregon  97204-2902

              Attorneys for Defendant

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, issued Findings and Recommendation on February 7, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). After a number of extensions of time, plaintiff filed objections to the Findings and Recommendation.

When either party objects to any portion of the Magistrate's opinion, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in plaintiff's objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#97). IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment (#52) is GRANTED, and plaintiff's Motion for Preliminary Injunction (#10) is DENIED.

Dated this _____18th_____ day of April, 2007.

                                        __/s/ Garr M. King_____
                                        Garr M. King
                                        United States District Judge

Page 2 - ORDER